UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLOS FRYE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAYMOND MADDEN,<br><br>　　　　　Respondent. | Case No. 2:21-cv-01682-KJM-JDP (HC)<br><br>ORDER ON PETITIONER'S UNTIMELY OBJECTIONS<br><br>ECF No. 11 |

　　　　On March 14, 2022, I recommended that petitioner's amended petition be dismissed without leave as untimely. ECF No. 7. On May 23, 2022, the court adopted the findings and recommendations in full, dismissed the amended petition without leave to amend, and entered judgment accordingly. ECF Nos. 7 & 10. Approximately three weeks later, petitioner filed objections to the March 14, 2022 findings and recommendations. ECF No. 11.

　　　　Because this case is now closed, the court takes no action on petitioner's filing. Petitioner is notified that the court will not respond to future filings in this case that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

IT IS SO ORDERED.

Dated:    June 15, 2022                                  /s/ Jeremy Peterson
                                                              JEREMY D. PETERSON
                                                              UNITED STATES MAGISTRATE JUDGE